UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ATLANTIC ST. HERITAGE ASSOCIATES, LLC,<br><br>               Plaintiff,<br><br>      v.<br><br>CITIZENS INSURANCE COMPANY OF AMERICA,<br><br>               Defendant. | Case No.:   3:21-cv-586<br><br><br><br><br>APRIL 29, 2021 |

**DEFENDANT CITIZEN'S INSURANCE COMPANY OF AMERICA'S
NOTICE OF REMOVAL**

Defendant Citizens Insurance Company of America ("Citizens" or "Defendant"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, files this Notice of Removal of the above-captioned action from the Connecticut Superior Court for the Judicial District of Stamford/Norwalk at Stamford (the "State Court Action") to the United States District Court for the District of Connecticut. In support of this Notice, Citizens states as follows:

1.      The Complaint in the State Court Action is dated March 16, 2021, with a Return Date of April 20, 2021. It was filed on April 8, 2021, and assigned Docket No. FST-CV21-6051229-S.

2.      On or about March 30, 2021, the Connecticut Insurance Commissioner was served with the State Court Complaint. On or about April 1, 2021, the Corporation Trust Company received a copy of the State Court Complaint from the Connecticut Insurance Commissioner and forwarded the State Court Complaint to Citizens. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Citizens are attached hereto as **Exhibit 1** (hereinafter

the "Complaint" or "Compl."). A copy of the Return of Service in the State Court Action is attached hereto as **Exhibit 2**.

3.      This Notice of Removal is timely filed pursuant to 28 U.S.C. §1446(b) and Rule 6 of the Federal Rules of Civil Procedure because it is filed within thirty (30) days of Citizens' initial receipt of the Complaint, which constitutes the "pleading…from which it may first be ascertained that the case is one which is…removable." 28 U.S.C. § 1446(b).

4.      The ground for removal is diversity of citizenship under 28 U.S.C. § 1332, insofar as Citizens and the Plaintiff currently are, and at all relevant times were, citizens of different states. Specifically:

        a.      Defendant Citizens is, and at all material times was, incorporated in Michigan with its principal place of business in Massachusetts. (Compl., ¶ 3).

        b.      Plaintiff is Connecticut limited liability corporation formed pursuant to the laws of the State of Connecticut. (*Id*., ¶ 1). Plaintiff's members are citizens of the State of Connecticut. (*Id*.).

5.      In addition, as required by 28 U.S.C. § 1332(a), the amount in controversy is in excess of $75,000.00. Specifically, Plaintiff alleges that it was insured for losses to damage to the insured property "up to a valuation of $4,093,536." (*Id*., ¶ 8). Plaintiff further alleges that, "[o]n August 13, 2020, the roof of the [insured] Heritage Building suddenly and without warning collapsed." (*Id*., ¶ 12). Plaintiff further alleges that, as a result, "the City of Stamford Building Department ordered the Heritage Building shut down and usable [sic]." (*Id*., ¶ 13). Plaintiff further alleges that it has "been required to undertake substantial emergency repair measures…at substantial expense." (*Id.*, ¶ 14). Plaintiff further alleges that "the third floor of the Heritage

Building has sustained substantial destruction, and will require substantial expense to restore."

(*Id*., ¶ 17). Plaintiff further alleges that it has and will continue to sustain loss of rental income.

(*Id*., ¶ 19). In addition to its breach of contract claim, Plaintiff has also alleged a cause of action

for breach of the covenant of good faith and fair dealing pursuant to which it seeks "common law

punitive damages." (*Id*. at CLAIM FOR RELIEF).

6.      Because there is complete diversity of citizenship and because the amount in

controversy exceeds $75,000.00, this Court has jurisdiction under the provisions of 28 U.S.C. §

1441(b).

7.      Citizens will file a copy of this Notice of Removal with the Clerk of the Connecticut

Superior Court for the Judicial District of Stamford/Norwalk at Stamford pursuant to 28 U.S.C. §

1446(d).

8.      The time for Citizens to file a responsive pleading in the State Court Action has not

expired. Pursuant to Connecticut Practice Book § 10-8, the deadline for Citizens to file a

responsive pleading is May 20, 2021. Citizens reserves the right to raise all defenses and objections

in this action after the action is removed to this Court.

WHEREFORE, notice is hereby given that this action is removed from the Connecticut Superior Court for the Judicial District of Stamford/Norwalk at Stamford to the United States District Court for the District of Connecticut.

DEFENDANT

CITIZENS INSURANCE COMPANY OF AMERICA

By: /s/ *J. Tyler Butts*
J. Tyler Butts (ct28641)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
Phone:  860-275-8200
Fax:  860-275-8299
jbutts@rc.com

4

**<u>Certificate of Service</u>**

      This is to certify that a copy of the foregoing was sent via first-class mail, postage prepaid,

on this 29th day of April 2021 to the following counsel of record:


James T. Shearin, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006
*Attorney for Plaintiff*


                By:     */s/ J. Tyler Butts*
                       J. Tyler Butts