# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ATLANTIC STREET HERITAGE ASSOCIATES, LLC, | ) )  CASE NO. 3:21cv00586 (SRU) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| CITIZENS INSURANCE COMPANY OF AMERICA, | ) )  JUNE 5, 2024 ) |
| Defendant. | ) |

## **STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Atlantic Street Heritage Associates, LLC and Defendant Citizens Insurance Company of America hereby jointly stipulate that this case be dismissed, with prejudice, with each party to bear its own fees and expenses.

| THE PLAINTIFF, | THE DEFENDANT, |
|---|---|
| ATLANTIC STREET HERITAGE ASSOCIATES, LLC | CITIZENS INSURANCE COMPANY OF AMERICA |
| | |
| /s/    James T. Shearin | /s/    J. Tyler Butts |
| James T. Shearin (ct01326) | J. Tyler Butts, Esq. |
| Thomas S. Lambert (ct 29561) | Robinson & Cole LLP |
| Pullman & Comley, LLC | 280 Trumbull Street |
| 850 Main Street, P.O. Box 7006 | Hartford, CT 06103 |
| Bridgeport, CT 06601-7006 | Telephone (860) 275-8226 |
| Telephone (203) 330-2000 | Fax (860) 275-8299 |
| Facsimile (203) 576-8888 | jbutts@rc.com |
| jtshearin@pullcom.com | |
| TLambert@pullcom.com | |